UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MICHAEL** and **DAWN MILLER**,

    Plaintiffs,

v.                                                                                          2:24-cv-822-SPC-NPM

**NATIONAL FIRE & MARINE INSURANCE COMPANY**,

    Defendant.

---

# ORDER

We held a case management conference and motion hearing with the parties on June 2, 2025. For the reasons discussed during the hearing, the Defendant's motion to compel (Doc. 37) is granted. By June 23, 2025, Plaintiffs must produce the discovery sought in the motion and file a notice of compliance.

As the movant, Defendant is entitled to an expense-of-motion award. Defense counsel's hourly rate of $249 is reasonable, as is three hours for conferring about the discovery and moving to compel it. This $747 sanction is to be paid to the Defense by the Millers themselves, not their attorneys. Plaintiffs must file a notice of compliance by June 23, 2025.

**ORDERED** on June 3, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge